UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60304-CIV-DIMITROULEAS

STEPHANIE HICKS, individually and
on behalf of all others similarly situated,

    Plaintiffs,

v.

RAINBOW USA, INC.,

    Defendant.
_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Stipulation of Dismissal With Prejudice (the "Stipulation") [DE 32], filed herein on June 7, 2022. The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 32] is hereby **APPROVED**;

2. The case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Court retains jurisdiction for the sole purpose of enforcing the settlement agreement;

4. The Clerk is directed to **CLOSE** this case and **DENY as moot** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 7th day of June, 2022.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record